1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEANN SMITH-DURONCELET, | No.  2:14-cv-2358 MCE DAD PS |
| Plaintiff, | |
| v. | ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE |
| PLACER COUNTY COURT, et al., | |
| Defendants. | |

        Plaintiff Joeann Smith-Duroncelet, proceeding pro se, commenced this action on October 8, 2014, by filing a complaint and paying the required filing fee.  The Clerk has issued summons and the case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

        Good cause appearing, IT IS ORDERED that:

        1.  A Status (Pretrial Scheduling) Conference is set for **Friday, February 13, 2015, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

        2.  Within fourteen (14) days after plaintiff is served with this order, plaintiff shall serve upon each defendant one copy of this order, as well as a copy of the Notice of Availability of a Magistrate Judge and the related form that were served on plaintiff by the Clerk on October 8, 2014; within five (5) days after serving the required copies on the defendants, plaintiff shall file a certificate of service indicating the date and manner of service of the copies on each defendant;

1    3.  Any party may appear at the Status (Pretrial Scheduling) Conference

2    telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom

3    deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Status

4    (Pretrial Scheduling) Conference.  A land line telephone number must be provided;

5    4.  Plaintiff shall file and serve a status report on or before **January 30, 2015**, and

6    defendants shall file and serve status reports on or before **February 6, 2015**.  Each party's status

7    report shall address all of the following matters:

8    a.    Progress of service of process;

9    b.    Possible joinder of additional parties;

10    c.    Possible amendment of the pleadings;

11    d.    Jurisdiction and venue;

12    e.    Anticipated motions and the scheduling thereof;

13    f.    Anticipated discovery and the scheduling thereof, including
14    disclosure of expert witnesses;

15    g.    Future proceedings, including the setting of appropriate cut-off
     dates for discovery and for law and motion, and the scheduling of a
16    final pretrial conference and trial;

17    h.    Modification of standard pretrial procedures specified by the rules
     due to the relative simplicity or complexity of the action;

18    i.    Whether the case is related to any other case, including matters in
19    bankruptcy;

20    j.    Whether the parties will stipulate to the magistrate judge assigned
     to this matter acting as settlement judge, waiving any
21    disqualification by virtue of his so acting, or whether they prefer to
     have a Settlement Conference before another magistrate judge;

22    k.    Whether the parties intend to consent to proceed before a United
     States Magistrate Judge; and
23

24    l.    Any other matters that may aid in the just and expeditious
     disposition of this action.

25    5.  Plaintiff is advised that failure to file a timely status report, or failure to appear

26    at the status conference either in person or telephonically, may result in a recommendation that

27    this action be dismissed for lack of prosecution and as a sanction for failure to comply with court

28    orders and applicable rules.  See Local Rules 110 and 183; and

2

1    6.  Plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure

2    provides that a defendant must be dismissed if service of the summons and complaint is not

3    accomplished on the defendant within 120 days after the complaint was filed.  In order to enable

4    plaintiff and the court to comply with the time limits specified in Rule 4(m) and Rule 16(b),

5    plaintiff is strongly encouraged to complete service of process on all defendants within 90 days

6    after the filing of the complaint in this action.

7    Dated:  December 11, 2014

8

9    _____

10   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

11   DAD:6
     Ddad1\orders.pro se\duroncelet2358.ossc.docx

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28