UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEANN SMITH-DURONCELET, | No. 2:14-cv-2358 MCE DAD PS |
| Plaintiff, | |
| v. | ORDER |
| PLACER COUNTY COURT, et al., | |
| Defendants. | |

Plaintiff Joeann Smith-Duroncelet is currently proceeding pro se in this action. Accordingly, the case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

On December 11, 2014, the court issued an order setting a Status (Pretrial Scheduling) Conference before the undersigned on February 13, 2015. (Dkt. No. 5.) Pursuant to that order, plaintiff was to file and serve a written status report on or before January 30, 2015. The order also advised plaintiff that:

> failure to file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in an order imposing an appropriate sanction. See Local Rules 110 and 183.

(Id. at 2.)

Nonetheless, plaintiff failed to file a timely status report and also failed to appear at the February 13, 2015 Status (Pretrial Scheduling) Conference. In light of plaintiff's failure to file a status report and failure to appear at the Status (Pretrial Scheduling) Conferences grounds clearly

1

exist for recommending to the assigned District Judge that this action be dismissed without prejudice for failure to prosecute and for failure to comply with court orders. Nonetheless, out of an abundance of caution and in light of plaintiff's pro se status, the court will instead issue this order to show cause.

Accordingly, the court HEREBY ORDERS that plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution.[1] Failure to timely file the required writing will result in a recommendation that the case be dismissed.

Dated: February 13, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\duroncelet2358.osc.docx

---

[1] Alternatively, plaintiff may comply with this order by filing a notice of voluntary dismissal without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2